IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA A. CERVENY,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | 8:19CV541<br><br>**JUDGMENT** |

  Pursuant to the court's Memorandum and Order filed this date, and with the parties' agreement, judgment is entered for Plaintiff and against Defendant, providing that Plaintiff is awarded: (1) attorney fees in the total amount of $3,390.74 if the Commissioner determines that Plaintiff owes no debt subject to offset under the Treasury Offset Program and (2) reimbursement of the $400.00 filing fee to be administered by the Department of Justice and paid from the Judgment Fund. While the fee award is payable to Plaintiff as the litigant, with Defendant's agreement, such payment shall be sent to Plaintiff's counsel, Wes Kappelman, at Kappelman Law Firm, P.O. Box 1792, Ames, IA 50010.

  DATED this 4th day of November, 2020.

                   BY THE COURT:

                   *Richard G. Kopf*

                   Richard G. Kopf
                   Senior United States District Judge